44 So.2d 607

Huey R. LEE, Jr. v. STATE.

3 Div. 555.

Supreme Court of Alabama.
Jan. 19, 1950.

Rehearing Denied March 9, 1950.

G. L. Hybart, of Monroeville, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty., Gen., opposed.

LIVINGSTON, Justice.

Petition of Huey R. Lee, Jr., for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Lee v. State, 44 So.2d 606.

Writ denied.

BROWN, SIMPSON and STAKELY, JJ., concur.